UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In re:  Case No. 10-30580
 Chapter 13
Neil Allan Maxfield and Alison Rene Maxfield,
 ***WITHDRAWAL OF***
 Debtor(s). ***OBJECTION TO CONFIRMATION***
_____

TO: Debtor(s) and Attorney for Debtor(s); Jasmine Z Keller, Chapter 13 Trustee; U.S. Trustee; and other parties in interest.

Bremer Bank, N.A., by its undersigned attorney, hereby withdraws its Objection to Confirmation scheduled for hearing on Thursday, May 27, 2010 in the above-referenced case.


Dated: <u>May 6, 2010</u>　　　　　　　　　STEWART, ZLIMEN & JUNGERS


　　　　　　　　　　　　　　　　　By　<u>　/e/ Bradley J. Halberstadt　</u>
　　　　　　　　　　　　　　　　　　　Bradley J. Halberstadt (#215296)
　　　　　　　　　　　　　　　　　　　Attorneys for Movant
　　　　　　　　　　　　　　　　　　　2277 Highway 36 West, Suite 100
　　　　　　　　　　　　　　　　　　　Roseville, MN  55113
　　　　　　　　　　　　　　　　　　　(612) 870-4100

| | U.S. BANKRUPTCY COURT |
| --- | --- |
| | DISTRICT OF MINNESOTA |

In re:

Neil Allan Maxfield and Alison Rene Maxfield

UNSWORN DECLARATION

    Debtor(s).

FOR PROOF OF SERVICE

Bky. No. 10-30580

Bradley J. Halberstadt, an agent of Stewart, Zlimen & Jungers, attorney(s) licensed to practice law in this court, with office address of 2277 Highway 36 West, Suite 100, Roseville, MN 55113, declares that on the date set forth below, I served the annexed **Withdrawal of Objection to Confirmation** upon each of the entities named below by electronic transmission or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid and depositing same in the post office at Roseville, Minnesota addressed to each of them as follows:

---

| United States Trustee | (Attorney for Debtor(s)) | (Trustee) |
| --- | --- | --- |
| 300 South 4th Street, Room 1015 | Craig W Andresen | Jasmine Z Keller |
| | Craig W. Andresen Law Office | Chapter 13 Trustee |
| Minneapolis, MN 55415 | 2001 Killebrew Dr RM 330 | 12 S 6th St RM 310 |
| | Bloomington, MN 55425 | Minneapolis, MN 55402 |

(Debtor(s))
Neil Allan Maxfield
14820 Southpoint Curve
Burnsville, MN 55306

Alison Rene Maxfield
14820 Southpoint Curve
Burnsville, MN 55306

---

And I declare, under penalty of perjury, that the foregoing is true and correct.


Dated: May 6, 2010      Signed: /e/ Bradley J. Halberstadt

---